# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| VERMAAT, MAARTEN | U. S. DISTRICT COURT, WESTERN DISTRICT OF MICHIGAN | 10/31/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. MAGISTRATE JUDGE (full time) | ☐ Nomination Date ☑ Initial ☐ Annual ☐ Final | 01/01/2018 to 04/07/2019 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

U. S. District Court, Western District of Michigan
202 W Washington St., PO Box 698
Marquette, MI 49855

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 10/31/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Trimedia Environmental & Engineering Services LLC |
| 2. 2019 | Trimedia Environmental & Engineering Services LLC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 10/31/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 10/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. mBank checking and money market accts | A | Interest | L | T | Exempt | | | | |
| 2. USAA Federal Savings Bank checking account | A | Interest | J | T | Exempt | | | | |
| 3. Michigan Education Savings Plan (MESP) Global Equity Index 529 | | None | K | T | Exempt | | | | |
| 4. MESP Principal Plus Interest 529 | | None | K | T | Exempt | | | | |
| 5. Vanguard Total Stock Market Index Fund Admiral Shs 529 | A | Dividend | K | T | Exempt | | | | |
| 6. American Funds US Government Money Market Fund F2 | A | Dividend | J | T | Exempt | | | | |
| 7. SA Oppenheimer Main Street Large Cap | | None | J | T | Exempt | | | | |
| 8. SA JP Morgan Global Equities Portfolio | | None | J | T | Exempt | | | | |
| 9. SA JP Morgan Equity-Income Portfolio | | None | J | T | Exempt | | | | |
| 10. SA Dogs of Wall Street Portfolio | | None | J | T | Exempt | | | | |
| 11. SA Federal Corporate Bond Portfolio | | None | J | T | Exempt | | | | |
| 12. SA Pinebridge High Yield Bond Portfolio | | None | J | T | Exempt | | | | |
| 13. SA Morgan Stanley Int'l Equities | | None | J | T | Exempt | | | | |
| 14. SA Wellscap Aggressive Growth | | None | J | T | Exempt | | | | |
| 15. SA AB Small & Mid Cap Value Portfolio | | None | J | T | Exempt | | | | |
| 16. SA JP Morgan Emerging Markets Portfolio | | None | J | T | Exempt | | | | |
| 17. SA Fidelity Institutional AM Real Estate | | None | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 10/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SA JP Morgan MFS Core Bond | | None | J | T | Exempt | | | | |
| 19. iShares Core S&P Mid-Cap | A | Dividend | | | Exempt | | | | |
| 20. iShares Core S&P Small Cap | A | Dividend | J | T | Exempt | | | | |
| 21. iShares S&P 500 | A | Dividend | | | Exempt | | | | |
| 22. iShares Russell 1000 Value | D | Dividend | K | T | Exempt | | | | |
| 23. iShares Russell 1000 Growth | E | Dividend | K | T | Exempt | | | | |
| 24. iShares Russell 2000 | C | Dividend | J | T | Exempt | | | | |
| 25. iShares Core US Value | A | Dividend | K | T | Exempt | | | | |
| 26. iShares Core US Growth | B | Dividend | L | T | Exempt | | | | |
| 27. Fidelity Cash Fund | A | Dividend | J | T | Exempt | | | | |
| 28. Fidelity Government Cash Reserves | A | Dividend | | | Exempt | | | | |
| 29. Dreyfus Mid Cap Index | | None | | | Exempt | | | | |
| 30. Vanguard Dividend Appreciation | D | Dividend | J | T | Exempt | | | | |
| 31. iShares iBoxx $ Investment Grade Corporate Bond | A | Dividend | K | T | Exempt | | | | |
| 32. JP Morgan Emerging Markets Equity Select | | None | | | Exempt | | | | |
| 33. iShares Select Dividend ETF | D | Dividend | K | T | Exempt | | | | |
| 34. Rydex S&P 500 Pure Growth H | B | Dividend | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 10/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. JPMorgan Small Cap Equity Fund Class I | | None | | | Exempt | | | | |
| 37. Vanguard Value Index Fund ETF Shares | | None | | | Exempt | | | | |
| 38. Russell Global Real Estate Secs S | A | Dividend | | | Exempt | | | | |
| 39. Franklin US Govt Secs Adv | A | Dividend | | | Exempt | | | | |
| 40. JP Morgan Large Cap Value Select | A | Dividend | | | Exempt | | | | |
| 41. Federated Strategic Value Dividend Instl | A | Dividend | | | Exempt | | | | |
| 42. JPMorgan Equity Income Fund Class I | A | Dividend | | | Exempt | | | | |
| 43. JP Morgan Equity Index Select | A | Dividend | | | Exempt | | | | |
| 44. MFS Value I | A | Dividend | | | Exempt | | | | |
| 45. Putnam Diversified Income Y | A | Dividend | | | Exempt | | | | |
| 46. Oppenheimer Senior Floating Rate Y | A | Dividend | | | Exempt | | | | |
| 47. Nuveen Preferred Securities & Income Fund Class I | A | Dividend | | | Exempt | | | | |
| 48. iShares Barclays Short Treasury Bond | A | Dividend | K | T | Exempt | | | | |
| 49. iShares 1-5 Year Corporate Bond | A | Dividend | | | Exempt | | | | |
| 50. iShares MBS ETF | A | Dividend | J | T | Exempt | | | | |
| 51. iShares 3-7 Year Treasury Bond | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Alliance Bernstein High Income Adv | A | Dividend | | | Exempt | | | | |
| 53. Columbia High Yield Bond R5 | A | Dividend | | | Exempt | | | | |
| 54. BlackRock Strategic Income Opportunities Instl | A | Dividend | | | Exempt | | | | |
| 55. iShares International REIT ETF | A | Dividend | | | Exempt | | | | |
| 56. iShares Barclays Intermediate Corporate Bond | A | Dividend | | | Exempt | | | | |
| 57. BlackRock Multi-Asset Income Instl | A | Dividend | | | Exempt | | | | |
| 58. Bb Cboe Sp500 iPath | | None | | | Exempt | | | | |
| 59. SPDR Dow Jones Global Real Estate | A | Dividend | | | Exempt | | | | |
| 60. Russell US Small Cap Equity S | | None | | | Exempt | | | | |
| 61. JP Morgan Strategic Income Opptys Select | A | Dividend | | | Exempt | | | | |
| 62. American Money Market F2 | A | Dividend | | | Exempt | | | | |
| 63. JPMorgan Alerian MLP Index | A | Dividend | | | Exempt | | | | |
| 64. Federated International Leaders Instl | | Dividend | | | Exempt | | | | |
| 65. Russell Global Infrastructure S | A | Dividend | | | Exempt | | | | |
| 66. Vanguard S&P 500 Growth | C | Dividend | J | T | Exempt | | | | |
| 67. Columbia Strategic Income R5 | A | Dividend | J | T | Exempt | | | | |
| 68. iShares Core High Dividend | A | Dividend | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 10/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. iShares MSCI USA Minimum Volatility | A | Dividend | J | T | Exempt | | | | |
| 70. iShares MSCI EAFE Minimum Volatility | A | Dividend | | | Exempt | | | | |
| 71. iShares Core MSCI Emerging Markets | B | Dividend | K | T | Exempt | | | | |
| 72. Virtus Intl Small Cap 1 | | None | | | Exempt | | | | |
| 73. iShares Core MSCI EAFE ETF | B | Dividend | K | T | Exempt | | | | |
| 74. Alli-Bern Select US Long Short Adv | A | Dividend | J | T | Exempt | | | | |
| 75. Matthews Emerging Asia - Inv | A | Dividend | | | Exempt | | | | |
| 76. Columbia Mtg Opportunities R5 | A | Dividend | J | T | Exempt | | | | |
| 77. iShares Core Dividend Growth | A | Dividend | J | T | Exempt | | | | |
| 78. Fidelity MSCI Real Estate Index ETF | A | Dividend | | | Exempt | | | | |
| 79. Fidelity Cash Fund** | | None | | | Exempt | | | | |
| 80. AB Income Fund Advisor | A | Dividend | J | T | Exempt | | | | |
| 81. iShares Broad USD High Yield Corp Bd ETF | A | Dividend | J | T | Exempt | | | | |
| 82. AB FlexFee Large Cap Growth Advisor | A | Dividend | J | T | Exempt | | | | |
| 83. Vangaurd Dividend Appreciation ETF | A | Dividend | J | T | Exempt | | | | |
| 84. AB Cap Fund, Inc. - AB Select US Long/ Short Portfolio - Advisor | A | Dividend | J | T | Exempt | | | | |
| 85. iShares Short Treasury Bond ETF | A | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VERMAAT, MAARTEN | 10/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **VERMAAT, MAARTEN** | 10/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

AMENDMENT NOTES:

1.  This is my second amended report.
2.  I deleted the entry that was listed on line 35. Line 35 in my amended report submitted on 6/20/2019 identified an asset described as "performance asset." This line was included in error. "Performance asset" is the title of a filter in a database and is not a holding.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MAARTEN VERMAAT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544